IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL EVANS, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 19-1231 |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

## ORDER

AND NOW, this 27th day of January, 2020, upon consideration of Plaintiff's Complaint for Review of a Social Security Disability or Supplemental Security Income Decision (ECF No. 2) filed March 22, 2019, Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 11) filed July 16, 2019, and Plaintiff's Response (ECF No. 15) filed September 13, 2019; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated December 30, 2019,

IT IS ORDERED that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**; and
2. Defendant's Motion to Dismiss Plaintiff's Complaint is **GRANTED.**

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.